**Dismissed and Memorandum Opinion filed September 19, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00612-CV

### ROY ROBERT SMITH III, D.B.A. FORT BEND BOAT STORAGE, Appellant

### V.

### SHAWN COUSINS, INDIVIDUALLY; TRUSTEE SHAWN COUSINS; COUSINS FAMILY TRUST; SHAWN COUSINS; AND 3C ENTERPRISES, Appellees

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-062363**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 21, 2019. The notice of appeal was filed July 17, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On August 22, 2019, this court ordered appellant to pay the appellate filing fee on or before September 6, 2019, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.